# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 19, 2025

## NO. 03-24-00588-CV

**San Juanita Medeles, Appellant**

**v.**

**Jeanette Jimmerson of The Texas Military Department – Texas State Guard, Darren Fitzgerald of The Texas State Military – Texas State Guard, Joe Cave of The Texas Military Department – Texas State Guard and Texas Military Department – Texas State Guard, Appellees**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on August 8, 2024. San Juanita Medeles has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.